IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHERYL BRANNON,                    :

    Plaintiff,                  :

vs.                                :
                                    CIVIL ACTION 06-0012-M

JO ANNE B. BARNHART,                :
Commissioner of
Social Security,                   :

    Defendant.                  :

MEMORANDUM OPINION AND ORDER

    In this action under 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff seeks judicial review of an adverse social security ruling which denied claims for disability insurance benefits and Supplemental Security Income (Doc. 1).  In a Report and Recommendation dated April 25, 2006, it was recommended that Defendant's Motion to Dismiss (Doc. 9) be denied and that this action should proceed to an adjudication on the merits (Doc. 13).  Since that Report and Recommendation was entered, the Parties have filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (*see* Doc. 15).

    Therefore, after consideration of the entire record, the Court **ADOPTS** the Report and Recommendation as the Opinion of the Court and the Motion to Dismiss is **DENIED**.  This action will

proceed according to the Scheduling Order entered by this Court on January 10, 2006 which directs Defendant to "file an answer, together with a transcript of the administrative proceedings" **not later than July 26, 2006** (Doc. 5, ¶ 1).

    DONE this 27th day of April, 2006.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE