```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
CHERYL BRANNON,                       :
                                      :
     Plaintiff,                       :
                                      :
vs.                                   :
                                      :    CIVIL ACTION 06-0012-M
JO ANNE B. BARNHART,                  :
Commissioner of                       :
Social Security,                      :
                                      :
     Defendant.                       :
```

MEMORANDUM OPINION AND ORDER

In this action under 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff seeks judicial review of an adverse social security ruling which denied claims for disability insurance benefits and Supplemental Security Income.  The parties filed written consent and this action has been referred to the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73 (Doc. 15).

Plaintiff's attorney, G. Wayne Ashbee, filed a Motion to Dismiss this action as he has lost all contact with his client for a period of more than eight months (Doc. 23).  Though he has made repeated attempts to communicate with Plaintiff, Mr. Ashbee has been unsuccessful.  Though given an opportunity to respond to this Motion (*see* Doc. 24), Defendant has not done so.

The Court notes that an action may be dismissed "[f]or failure of the plaintiff to prosecute or comply with [the Federal

Rules of Civil Procedure] or any order of the court." Fed.R.Civ.P. 41(b); *World Thrust Films, Inc. v. International Family Entertainment, Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995); *Kilgo v. Ricks*, 983 F.2d 189, 192 (11th Cir. 1993). In addition, the court may dismiss an action *sua sponte* to "achieve the orderly and expeditious disposition of cases." *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962); *see also Mingo v. Sugar Cane Growers Co-op of Florida*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket").

Therefore, for the reasons set out above, Plaintiff's Motion to Dismiss is **GRANTED** (Doc. 23). It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to close this action.

DONE this 20th day of October, 2006.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE